IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| SHANNON D. BRADLEY,<br><br>   Plaintiff,<br><br>     v.<br><br>DEKALB COUNTY, GEORGIA, et al.,<br><br>   Defendants. | CIVIL ACTION FILE<br>NO. 1:10-CV-218-TWT |

## ORDER

This is an employment discrimination action. It is before the Court on the Report and Recommendation [Doc. 33] of the Magistrate Judge recommending granting in part and denying in part the Defendants' Motions to Dismiss [Doc. 4, 22]. The Court approves and adopts the Report and Recommendation as the judgment of the Court. The Defendants' Motion for Partial Dismissal [Doc. 4] is DENIED as moot. The Defendants' Motion for Partial Dismissal [Doc. 22] is GRANTED in part and DENIED in part.

SO ORDERED, this 4 day of November, 2010.

/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge